# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EARNEST SUTHERLAND AND RICKY RICHOUX

NO.  2019 CW 0288

VERSUS

STATE FARM FIRE AND CASUALTY COMPANY

**JUL 2 2 2019**

---

In Re:    State Farm Fire and Casualty Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 645361.

---

**BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT DENIED.**

                              **TMH**
                              **WIL**

     **McClendon, J.,** dissents and would issue a briefing schedule.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT